# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**James Alls,**

    **Petitioner,**

v.

**Warden Belmont Correctional Institution,**

    **Respondent.**

Lead Case No. 2:15-cv-2323
Rel. Case No. 2:16-cv-1001
Judge Michael H. Watson
Magistrate Judge Vascura

## OPINION AND ORDER

On January 11, 2018, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this action be dismissed as time-barred. R&R 6, ECF No. 16. Although the parties were advised of the right to object to the Magistrate Judge's R&R, and of the consequences of failing to do so, *id.* at 7, no objections have been filed. The R&R is therefore **ADOPTED** and **AFFIRMED**. This action is **DISMISSED**.

Pursuant to 28 U.S.C. § 2253(c)(1)(B), the Court must also assess whether to issue a certificate of appealability. Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts states that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." However, Petitioner has waived the right to file an appeal by failing to file objections to the Magistrate Judge's

recommendations. See Thomas v. Arn, 474 U.S. 140, 147 (1985); United States v. Walters, 638 F. 2d 947, 950 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**